UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KEVIN KEITH HARLAN<br><br>Defendant. | Case No. 8:22-cr-00086-SB-1<br><br>**AMENDED JUDGMENT REVOKING AND REINSTATING SUPERVISED RELEASE** |

WHEREAS, on October 1, 20204 came the attorney for the government, AUSA Kevin B. Reidy, USPO Natasha Pimentel, and the defendant appeared with appointed counsel Samuel Owen Cross.  The defendant admits Allegations 1 - 10, as set forth in the Petition of Probation and Supervised Release, filed September 3, 2024.

WHEREAS based on the admission of the defendant to Allegations 1 – 10 and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on February 17, 2023;

IT IS HEREBY ORDERED the supervised release be continued on the same terms and conditions originally imposed, with the following modifications and/or additions to the conditions of supervision:

- The offender shall reside for a period not to exceed 180 days in a residential reentry center (community corrections component), as directed by the

1.

Probation Officer, and shall observe the rules of the facility.

- The offender shall participate in and complete a Workforce Development Program, vocational and/or educational program as directed by the Probation Officer.

- When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the offender shall perform 20 hours of community service per week as directed by the Probation Officer.

Defendant informed of his right to appeal.

Dated: October 23, 2024

_____
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

2.